No. 12–8446. KEATING v. COATESVILLE VA MEDICAL CENTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–8448. WEST v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–8569. JONES v. JOHNSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–8571. WARD v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8581. EVANS v. FELKER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–8591. JERNARD v. OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–8632. DEROSA v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–8663. SAMUEL S. v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 12–8696. PETTUS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–8702. ARMSTEAD v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–8740. SCALLY v. TEXAS STATE BOARD OF MEDICAL EXAMINERS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 12–8745. RAMIREZ-ALMAGUER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8768. YOUNG v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 12–8781. GALLARDO v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.